FIRST FEDERAL BANK, F.S.B. *v.* RICHARD G. KASTENS ET AL.
(14751)

O'Connell, Foti and Landau, Js.

Submitted on briefs December 14, 1995—decision released January 30, 1996

*Richard G. Kastens*, pro se, the appellant (named defendant), filed a brief.

*Robert G. Golger* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.